IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS IN THE
DALLAS DIVISION

| | | |
|---|---|---|
| JULIE SCHATTLE<br>    Plaintiff, | § § § | |
| V. | § § | CIVIL NO. 3:CV-07-0757-P |
| BRINKER INTERNATIONAL, INC.<br>AND BRINKER INTERNATIONAL<br>PAYROLL COMPANY, L.P.,<br>    Defendants. | § § § § | |

## PLAINTIFF JULIE SCHATTLE'S NOTICE OF ORAL DEPOSITION OF LISA MILLER

TO: DEFENDANTS BRINKER INTERNATIONAL, INC. AND BRINKER INTERNATIONAL PAYROLL COMPANY, L.P., BY AND THROUGH THEIR ATTORNEYS OF RECORD, MARK R. STEINER AND SARAH DOBSON MITCHELL, JACKSON WALKER L.L.P., 901 MAIN STREET, SUITE 6000, DALLAS, TEXAS 75202.

TAKE NOTICE, that pursuant to Federal Rule of Civil Procedure 30, Plaintiff Julie Schattle will take the oral deposition of Lisa Miller, beginning at 10:00 a.m. on Thursday, May 22, 2008, at the office of Mark Steiner and Sarah Dobson Mitchell, Jackson Walker, L.L.P., 901 Main Street, Suite 6000, Dallas, Texas 75202.

The deposition will be recorded before a certified shorthand reporter from the office of Merit Court Reporters, 309 West 7th Street, Suite 600 Oil & Gas Building, Fort Worth, Texas 76102, telephone 817-336-3042. All parties are invited to attend and cross-examine.

Respectfully submitted,

_____
Donald A. Ferrill, SBN 00784047
R. Mark Oliver, SBN 24032799
James E. Griffis, SBN 24036686
BROWN PRUITT PETERSON & WAMBSGANSS, P.C.
801 Wells Fargo Tower
201 Main Street
Fort Worth, Texas 76102
Telephone:   817-338-4888
Facsimile:   817-338-0700

ATTORNEYS FOR PLAINTIFF JULIE SCHATTLE

## CERTIFICATE OF COMPLIANCE

I hereby certify that a true copy of this document was forwarded to the foregoing counsel of record by certified United States Mail, return receipt requested, on this the 13th day of May, 2008, in accordance with the *Federal Rule of Civil Procedure 5*.

Mark Steiner
Sarah Dobson Mitchell
Jackson Walker, L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
**VIA CMRRR #7007 3020 0001 2950 9061
and VIA FACSIMILE 214-953-5822**

_____
R. Mark Oliver/James E. Griffis