IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Amended Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 3:07-CV-00757
2. Style of case: JULIE SCHATTLE V. BRINKER INTERNATIONAL, INC.
3. Nature of suit: Employment - FMLA/Gender Discrimination
4. Method of ADR used:  **X Mediation**  ☐ Mini-Trial  ☐ Summary Jury Trial
5. Date ADR session was held: 7/21/2008
6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.      ☐ Settled, in part, as result of ADR

   **XX Settled**      ☐ Parties were unable to reach settlement.
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $1350.00
8. Duration of ADR: Half Day  (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff): (Provider)

   | | |
   |---|---|
   | Courtenay L. Bass - Mediator | James E. Griffis, Esq.-Plaintiff |
   | Julie Schattle -Plaintiff | R. Mark Oliver, Esq.-Plaintiff |
   | Ella Namaksy – Brinker Representative | Mark R. Steiner, Esq.-Defendant |
   | Cindy Gomez – Brinker Representative | |

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*Courtenay L. Bass*                September 18, 2008
Signature                          Date

3131 McKinney Avenue, Suite 125, Dallas, Texas 75204    (214)303-4500
Address                                                  Telephone

**James E. Griffis, Esq.**
Brown Pruitt Peterson & Wambsbanss, P.C.
801 Wells Fargo Tower
201 Main Street
Fort Worth, TX  76102
(817) 338-4888
(817) 338-0700

**R. Mark Oliver, Esq.**
Brown Pruitt Peterson & Wambsbanss, P.C.
801 Wells Fargo Tower
201 Main Street
Fort Worth, TX  76102
(817) 338-4888
(817) 338-0700

**Mark R. Steiner, Esq.**
Jackson Walker L.L.P.
901 Main Street
Suite 6000
Dallas, TX  75202
(214) 953-6000
(214) 953-5822